IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

AKRON

Joseph M. Butler (Plaintiff)

2435 Beech St 1

Cuyahoga Falls, OH 44221

(440) 477-8761

jb12458@protonmail.com

      Case No. 5:21-cv-955

      Judge: Benita Y. Pearson

vs.

      Magistrate: Henderson

Joseph R. Biden Jr. (Defendant)

1600 Pennsylvania Ave NW

Washington, D.C. 20500      **Quo Warranto**

## Quo Warranto

I request the court to provide evidence of the following:

-The court's Constitutional authority to charge a $400 filing fee as a condition of the filing of a suit.

-The court's Constitutional authority to require a filer to provide detailed information about their financial history, as a prerequisite for the waiver of the $400 fee.

_____    05/09/21

Joseph M. Butler

All Rights Reserved